```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  PEGGY SASSO, CA Bar #228906
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  RUFINO SANTOS-ANASTACIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-0109 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO ADVANCE STATUS |
| v. | ) | CONFERENCE HEARING;  ORDER |
| | ) | THEREON |
| RUFINO SANTOS-ANASTACIA, | ) | |
| | ) | Date:   May 13, 2011 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Rufino Santos-Anastacia, that the hearing currently set for June 3, 2011 at 9:00 a.m., **may be advanced and rescheduled to May 13, 2011 at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on May 13, 2011.

///

///

///

///

///

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| 3 Dated: May 9, 2011 | /s/ Ian Garriques |
| | IAN GARRIQUES |
| 4 | Assistant United States Attorney |
| | Attorney for Plaintiff |
| 5 | |
| 6 | DANIEL J. BRODERICK |
| | Federal Defender |
| 7 | |
| 8 Dated: May 9, 2011 | /s/ Peggy Sasso |
| | PEGGY SASSO |
| 9 | Assistant Federal Defender |
| | Attorney for Defendant |
| 10 | RUFINO SANTOS-ANASTACIA |

IT IS SO ORDERED.

**Dated:   May 10, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE